AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) Case No. 15-10046-LTS |
| Salomon Bendayan | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Salomon Bendayan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1956(h) - Conspiracy to Launder Monetary Instruments
Title 18, United States Code, Section 1503 - Conspiracy to Obstruct Justice
Title 18, United States Code, Section 982(a)(1) - Money Laundering Forfeiture Allegation
Title 18, United States Code, Section 981(a)(1)(C) and
Title 28, United States Code, Section 2461(c) - Obstruction of Justice Asset Forfeiture Allegation

Date: 04/01/2015

*Issuing officer's signature*

City and state:    Boston, Massachusetts        Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____    WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE *Arresting officer's signature*
DEFENDANT ON    4/8/2015

*Printed name and title*